# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136261

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

DENNIS PERDUE,
 Defendant-Appellant.

SC: 136261
COA: 275838
Wayne CC: 06-006234-01

_____/

On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

d0616